IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL M. ALLAH, | : | |
| *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DIRECTOR PAT O'CONNER *et al.*, | : | No. 18-4048 |
| *Defendants* | : | |

## ORDER

AND NOW, this 8th day of September, 2020, upon consideration of the Motion to Dismiss of Defendants Director O'Connor, John Does #1 and #2, Jane Doe #1, Supervisor Cox, Supervisor Jonathan, and Supervisor Rascoe (Doc. No. 15); Michael Allah's response in opposition (Doc. No. 32); and moving Defendants' reply (Doc. No. 34); it is **ORDERED** that the Motion to Dismiss (Doc. No. 15) is **GRANTED** for the reasons set forth in the Court's accompanying Memorandum.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE