## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL M. ALLAH,** | : | |
| *Plaintiff* | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **DIRECTOR PAT O'CONNER** *et al.*, | : | **No. 18-4048** |
| *Defendants* | : | |

## O R D E R

**AND NOW,** this _13th_ day of October, 2021, upon consideration of the Motion to Dismiss of Defendant Wayne Hudson (Doc. No. 33), Michael Allah's response in opposition (Doc. No. 62), and Mr. Hudson's reply (Doc. No. 66); it is **ORDERED** that the Motion to Dismiss (Doc. No. 33) is **GRANTED** for the reasons set forth in the Court's accompanying Memorandum.

BY THE COURT:

_____

**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**